AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JAYSON A. PARADISE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ # 05-832-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2005__ in __Bristol__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in or affecting commerce a firearm, that is, a Glock model 19, 9mm semi-automatic pistol, serial number GN752US,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit of Sheila M. O'Hara.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 12, 2005 @ 1:50PM__   at   __Boston, MA__
Date                                              City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE                   _Marianne B. Bowler, USMJ_
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.