✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF    MASSACHUSETTS

UNITED STATES

V.

JAYSON PARADISE

## EXHIBIT AND WITNESS LIST

Case Number:  05-832-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY S. WAQAR HASIB | DEFENDANT'S ATTORNEY OSCAR CRUZ, JR. |
|---|---|---|
| TRIAL DATE (S) 7/12/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/12/05 | | | SHEILA O'HARA, SPECIAL AGENT, A.T.F. for the govt. |
| 1 | | 7/12/05 | X | X | AFFIDAVIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.