```
              UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                                    05 CR 10197 MLW

UNITED STATES              )    CRIMINAL NO.
                           )
     V.                    )    VIOLATION:
                           )
JAYSON A. PARADISE         )    18 U.S.C. § 922(g)(1)
                           )    Unlawful Possession of a
                           )    Firearm and Ammunition by a
                           )    Felon
```

INDICTMENT

COUNT ONE:
18 U.S.C. § 922(g)(1)
(Unlawful Possession of a Firearm and Ammunition by a Felon)

The Grand Jury charges that:

On or about April 17, 2005, in Fall River, in the District of Massachusetts,

**JAYSON A. PARADISE,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce, a firearm and ammunition, to wit: a Glock Model 19 9mm semi-automatic pistol, serial number GN 752 US, and 16 rounds of Winchester 9mm Luger ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
S. Waqar Hasib
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August          , 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 11:25 AM
8/3/05

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10197 MLW**

Criminal Case Cover Sheet            U.S. District Court - District of Massachusetts

Place of Offense: Fall River     Category No. II     Investigating Agency: ATF

City: Fall River     Related Case Information:

County: 25005

Superseding Ind./ Inf. N/A     Case No. N/A
Same Defendant N/A     New Defendant N/A
Magistrate Judge Case Number: MJ 05-932-MBB
Search Warrant Case Number: N/A
R 20/R 40 from District of: N/A

**Defendant Information:**

Defendant Name: Jayson A. Paradise     Juvenile: ☐ Yes ☒ No

Alias Name:

Address: 232 Harrison Street, #2, Fall River, MA 02723

Birth date (Year only): 1970    SSN (last 4 #): 7195    Sex: M    Race: Caucasian    Nationality: US

Defense Counsel if known: Oscar Cruz, Esq.     Address: 408 Atlantic Avenue, Suite 328, Boston, MA 02210

Bar Number:

**U.S. Attorney Information:**

AUSA: S. Waqar Hasib     Bar Number if applicable: California 234818

Interpreter: ☐ Yes ☒ No     List language and/or dialect:

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: June 29, 2005

☒ Already in Federal Custody as defendant in U.S. v. Jayson Paradise
☐ Already in State Custody    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty    ☐ Misdemeanor    ☒ 1 Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 3, 2005     Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Jayson A. Paradise

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Unlawful possession of firearm/ammo by felon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**