UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
V.                       )      CRIMINAL NO. 05-10197-MLW
                         )
JAYSON A. PARADISE       )

INITIAL STATUS CONFERENCE REPORT

The parties respectfully report the following with respect to the items set forth in Local Rule 116.5(A)(1):

(1) No relief is sought from the otherwise applicable timing requirements imposed by Local Rule 116.3.

(2) There are no requests for discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E).

(3) The government received one request for additional discovery today, September 21, 2005, and will respond to this request pursuant to Local Rule 116.3. The government will promptly disclose any other material it discovers in accordance with Fed.R.Crim.P. 16(c).

(4) The parties agree that an initial motion date should not be established at this time.

(5) The parties agree that the total number of days from the defendant's arraignment until the next scheduled conference should be excluded to serve the ends of justice so that the parties may complete discovery.

(6) It is not yet known whether a trial will be needed. If a trial ensues, the government expects such a trial to last

four days.

(7) The parties agree that an interim status conference should be set for a date approximately 28 days after the date of this conference.

          Respectfully submitted,

| JAYSON A. PARADISE | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| By: /s/Oscar Cruz<br>OSCAR CRUZ, ESQ.<br>Attorney for Defendant | By: /s/ S. Waqar Hasib<br>S. WAQAR HASIB<br>Assistant U.S. Attorney |

September 21, 2005