```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA         )
                                 )
        v.                       ) CRIMINAL NO. 05-10197-MLW
                                 )
JAYSON A. PARADISE               )
                                 )
            Defendant
```

### JOINT MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM SEPTEMBER 21, 2005, UNTIL OCTOBER 20, 2005

The government respectfully requests the Court to order the period from September 21, 2005, until October 20, 2005 excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from September 21, 2005, until October 20, 2005 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the government an opportunity to complete discovery, and to allow the defendant an opportunity to review such discovery.

3) The parties agreed orally during an initial status conference on September 21, 2005, to exclude the above-referenced period. This Court instructed the government to file a joint motion to such effect.

WHEREFORE, the government respectfully requests that the

period from September 21, 2005, until October 20, 2005, be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 28th day of September.

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney