```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )
         v.                        ) CRIMINAL NO. 05-10197-MLW
                                   )
JAYSON A. PARADISE                 )
              Defendant            )
```

### JOINT MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM OCTOBER 20, 2005, UNTIL NOVEMBER 30, 2005

The government respectfully requests the Court to order the period from October 20, 2005, until November 30, 2005 excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from October 20, 2005, until November 30, 2005, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the defendant an opportunity to review discovery provided by the government.

3) The parties agreed orally during an interim status conference on October 20, 2005, to exclude the above-referenced period. This Court instructed the government to file a joint motion to such effect.

WHEREFORE, the government respectfully requests that the period from October 20, until November 30, 2005, be excluded for purposes of the Speedy Trial Act.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ S. Waqar Hasib
                         S. WAQAR HASIB
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 20th day of October.

                                      /s/ S. Waqar Hasib
                                      S. WAQAR HASIB
                                      Assistant U.S. Attorney