# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10197-MLW

### UNITED STATES OF AMERICA

v.

### JAYSON A. PARADISE

## FINAL STATUS REPORT

NOVEMBER 30, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm and ammunition, was returned on August 3, 2005;

2. The defendant was arraigned on the Indictment on August 10, 2005;

3. The defendant is in custody, having agreed to voluntary detention;

4. At the time of arraignment, the government estimated it would call four witnesses and that trial would last two days;

5. Defense counsel has indicated that he intends to file dispositive motions by January 24, 2006;

6. Discovery is complete at this time;

7. This case is hereby returned to the district judge to whom the case is assigned.


/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE