```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA          )
                                  )
    v.                           ) CRIMINAL NO. 05-10197-MLW
                                  )
JAYSON A. PARADISE                )
                                  )
    Defendant                    )

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The United States and counsel for defendant Paradise file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense anticipates filing motions that would require a ruling by the District Court. This court has advised that any such motions should be filed by January 24, 2006.

(6) The parties agree that the following periods of time are excludable for purposes of the Speedy Trial Act:

- August 11, 2005, until September 9, 2005, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and L.R. 112.2(A)(2)
- September 21, 2005, until October 20, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A), and this Court's order dated September 28, 2005.

- October 20, 2005, until November 30, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A), and this Court's order dated October 21, 2005.

  The parties agree that the defendant must be tried within 60 days, for purposes of the Speedy Trial Act.

(9) The parties expect a trial to last approximately 2 to 3 days. However, the parties are engaged in preliminary plea negotiations, and will report to the court if such negotiations are fruitful.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ S. WAQAR HASIB
    S. WAQAR HASIB
    Asst. U. S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617)748-3184