```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
        v.                       ) CRIMINAL NO. 05-10197-MLW
                                 )
JAYSON A. PARADISE               )
              Defendant          )
```

### JOINT MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM JANUARY 24, 2006, UNTIL MAY 19, 2006

The parties respectfully request the Court to order the period from January 24, 2006, until May 19, 2006 excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from January 24, 2006, until May 19, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the parties to negotiate a resolution to this case. The parties have been actively communicating during this period, and believe that such a resolution is possible.

3) The parties agreed via e-mails on April 18, 2006, and April 20, 2006, to exclude the above-referenced period.

WHEREFORE, the parties respectfully request that the period from January 24, 2006, until May 19, 2006, be excluded for purposes of the Speedy Trial Act.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        By:   /s/ S. Waqar Hasib
                                                S. WAQAR HASIB
                                                Assistant U.S. Attorney

Date: April 20, 2006