```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
          v.                     ) CRIMINAL NO. 05-10197-MLW
                                 )
JAYSON A. PARADISE               )
               Defendant         )
```

### JOINT MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM MAY 20, 2006, UNTIL JUNE 16, 2006

The parties respectfully request the Court to order the period from May 20, 2006, until June 16, 2006, excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from May 20, 2006, until June 16, 2006, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the parties to negotiate a resolution to this case. The parties have been in active communication and are in agreement on several issues.

2) A resolution is likely in this case, but the parties need additional time to reach an agreement on some final details.

3) The parties agreed via e-mail on May 23 and May 24, 2006, to exclude the above-referenced period.

4) This court previously excluded the period from January 24, 2006, until May 19, 2006, in order to allow plea negotiations to take place.

WHEREFORE, the parties respectfully request that the period from May 20, 2006, until June 16, 2006, be excluded for purposes

of the Speedy Trial Act.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:   /s/ S. Waqar Hasib
                             S. WAQAR HASIB
                             Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        By:   /s/ S. Waqar Hasib
                             S. WAQAR HASIB
                             Assistant U.S. Attorney

Date: June 12, 2006