UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u> | <u>**CRIMINAL  CASE**</u>

<u>**NO.**</u> <u>**05-10197-MLW**</u>

V.

<u>**JAYSON PARADISE**</u>
   **Defendant(s)**

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

  PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>SEPTEMBER 14, 2006</u> at 2:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>$^{th}$ floor.

              SARAH A. THORNTON
              CLERK OF COURT

<u>September 6, 2006</u>      By: <u>/s/ Dennis O'Leary</u>
  Date           Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)        [ntchrgcnf.]
              [kntchrgcnf.]