UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10197

| United States of America | Jayson Paradise |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Oscar Cruz |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Patrisso

## CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 9/14/06 | Defendant takes the stand and is sworn. |
| | Plea colloquy started |
| | Government summarizes the evidence had the case gone to trial |
| | Defendant pleads guilty to the one count indictment |
| | Court defers accepting the defendant's plea of guilty until sentencing. |
| | Sentencing set for December 7, 2006 at 3:00 PM |
| | Procedural order to issue |
| | Court marks the binding plea agreement as Exhibit 1 of today's date. |
| | Defendant remanded to the custody of the USM |