UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10197

| United States | Jayson Paradise |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Oscar Cruz |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 12/7/06 | Court adopts all of the factual statements in the presentence report |
| | Guidelines: TOL 30, CH VI, 180 - 210 months custody, 36 - 60 months supervised release, $15,000 - $150,000 fine and $100 special assessment fee.  Government gives its reasoning for the sentence under the binding plea agreement of 190 months custody and 60 months supervised release.  Defense counsel argues as to why the court should accept the binding plea and sentence.  Defendant addresses the court.  Formal sentencing: 190 months custody, 5 years supervised release on the standard conditions plus the additional conditions outlined in court.  Court does not impose a fine but does impose the mandatory $100 special assessment fee.  Defendant advised of his rights. |